JOANNE EGAN ASSOCIATES v. LESLIE ROGERS AND WILLIAM N. STAHL.

November 15, 1988.

Petition for certification dismissed as moot.

STATE OF NEW JERSEY v. ROBERT DINKINS.

November 28, 1988.

Petition for certification granted, and the matter is summarily remanded to the trial court for reconsideration of the imposition of three consecutive maximum sentences on defendant on Counts Eight, Nine and Ten of the indictment and for a statement of reasons for any consecutive features reimposed. See *State v. Yarbough*, 100 *N.J.* 627 (1985).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. STEVEN PRATT.

November 29, 1988.

Petition for certification denied.

BOROUGH OF GLASSBORO v. DIANE VALLOROSI, ET AL.

November 29, 1988.

Petition for certification granted. (See 224 *N.J.Super.* 91)